UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER BULLMAN,<br><br>Defendant. | 5:22-CR-50115-JAK<br><br>AMENDED ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

On October 14, 2022, defendant, Tyler Bullman, appeared before Magistrate Judge Danetta Wollman for a change of plea hearing. Magistrate Judge Wollman issued a report recommending the court accept defendant's plea of guilty to the Indictment which charges him with Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 27) is adopted, the plea is accepted, and the defendant is adjudged guilty of Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. §§ 922(g) and 924(a)(2);

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on **Wednesday, February 1, 2023**, at 11:00 a.m. in Rapid City, Courtroom 2.

Dated November 10, 2022.

BY THE COURT:

/s/ Jonathan A. Kobes
JONATHAN A. KOBES
UNITED STATES CIRCUIT JUDGE